Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–32536–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew Y. Wong | Dorota Marchel–Wong |
| 339 Hamilton Avenue | 339 Hamilton Avenue |
| Princeton, NJ 08540 | Princeton, NJ 08540 |

Social Security No.:
xxx–xx–3867                                                                xxx–xx–3733

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 6, 2017                    Christine M. Gravelle
                                          Judge, United States Bankruptcy Court